Original,
No. 4712.

SALEM COOPERATIVE BANK

*v.*

JOHN L. SOUTHWICK, JR., & a.

Argued February 3, 1959.

Decided February 20, 1959.

*Green, Green, Romprey & Sullivan* (*Mr. Samuel Green* orally), for the plaintiff.

*John L. Southwick, Jr.* (by brief and orally), *pro se* and for Grace Southwick.

PER CURIAM. It is established law that where an adequate remedy is available upon appeal, certiorari will not be granted. *Waisman* v. *Manchester,* 96 N. H. 50, 52; *Nashua* v. *Public Utilities Commission,* 101 N. H. 503. If the defendants have been aggrieved by the rulings of the Trial Court adequate review can be obtained by a bill of exceptions. RSA 490:10; *Bagley* v. *Small,* 92 N. H. 107, 108.

*Petition dismissed.*